# MINUTES

CASE NUMBER:     CIVIL NO. 07-00356HG-LEK

CASE NAME:       Thomas F. Schmidt vs. Fidelity National Title Insurance
                 Company, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi         REPORTER:

DATE:     06/18/2009                  TIME:

---

COURT ACTION:   EO: **FINDINGS AND RECOMMENDATION** TO DENY
THIRD-PARTY DEFENDANTS' MOTION TO DISMISS

Before the Court, pursuant to a designation by United States District Judge Helen
Gillmor, is Third-Party Defendants Damon L. Schmidt and Lorinna Schmidt's ("Damon
and Lorinna Schmidt") Motion to Dismiss, for Fraud on the Court, Fidelity National Title
Insurance Company's Counterclaim and Third-Party Complaint, to Set Aside All
Prejudgment Garnishee Orders, for an Award of Attorneys' Fees and Costs, and for the
Issuance of an Order to Show Cause Why Fidelity National Title Insurance Company
Should Not Be Held in Contempt of Court ("Motion to Dismiss"). The Court finds this
matter suitable for disposition without a hearing pursuant to Local Rule 7.2(d).

The dispositive motions deadline in this case was November 24, 2008. On May
26, 2009, Damon and Lorinna Schmidt filed an ex parte motion to suspend the pretrial
deadlines to, *inter alia*, allow a hearing on the Motion to Dismiss ("Ex Parte Motion").
On June 18, 2009, this Court issued an order denying the Ex Parte Motion. This Court
therefore FINDS AND RECOMMENDS that the district judge DENY the Motion to
Dismiss as untimely.

IT IS SO FOUND AND RECOMMENDED.

Submitted by: Warren N. Nakamura, Courtroom Manager