IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Thomas F. Schmidt,<br><br>    Plaintiff,<br><br>    vs.<br><br>Fidelity National Title Insurance Company, *a California Corporation*, John Does 1-10, Jane Does 1-10, Doe Corporations, Partnerships and/or Other Entities 1-10,<br><br>    Defendants,<br>_____<br><br>Fidelity National Title Insurance Company, *a California Corporation*,<br><br>    Third-Party Plaintiff,<br><br>    vs.<br><br>Lorinna J. Schmidt, Damon L. Schmidt,<br><br>    Third-Party Defendants,<br>_____<br><br>Fidelity National Title Insurance Company, *a California Corporation*,<br><br>    Counter Claimant,<br><br>    vs. | CIVIL NO. 07-00356 HG-LEK<br><br>ORDER ADOPTING REPORT OF SPECIAL MASTER (DOC. 299) ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES (DOC. 222) |

```
Thomas F. Schmidt,            )
                              )
     Counter Defendants       )
_____ )
                              )
Fidelity National Title       )
Insurance Company, a          )
California Corporation,       )
                              )
     Third-Party              )
     Plaintiff,               )
                              )
     vs.                      )
                              )
Lorinna J. Schmidt, Damon     )
L. Scmidt,                    )
                              )
     Third-Party              )
     Defendants,              )
_____ )
                              )
Fidelity National Title       )
Insurance Company, a          )
California Corporation,       )
                              )
     Counter Claimant,        )
                              )
     vs.                      )
                              )
Thomas F. Schmidt,            )
                              )
     Counter Defendant,       )
_____ )
                              )
Lorinna J. Schmidt, Damon     )
L. Schmidt,                   )
                              )
     Counter Claimants,       )
                              )
     vs.                      )
                              )
Fidelity National Title       )
Insurance Company, a          )
California Corporation,       )
                              )
```

```
Counter Defendant,    )
_____ )
```

<u>ORDER ADOPTING REPORT OF SPECIAL MASTER (DOC. 299) ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES (DOC. 222)</u>

The Report of Special Master (Doc. 299) on Defendants's Motion for Attorney's Fees (Doc. 222) was filed and served on all parties on June 30, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Report of Special Master (Doc. 299) is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 28, 2009.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge